No. 84–2030. BROWN-FORMAN DISTILLERS CORP. *v.* NEW YORK STATE LIQUOR AUTHORITY. Ct. App. N. Y. [Probable

jurisdiction noted, *ante*, p. 814.] Motion of Wine & Spirits Wholesalers of America, Inc., for leave to file a brief as *amicus curiae* granted. JUSTICE BRENNAN took no part in the consideration or decision of this motion.